CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
JUL 26 2010
JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CHI-LIEF BRISBON,** | ) | Civil Action No. 7:10-cv-00330 |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| **DR. THOMPSON,** | ) | By: Hon. Jackson L. Kiser |
| **Defendant.** | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action at the time of his choosing.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** This 26th day of July, 2010.

/s/ Jackson L. Kiser
Senior United States District Judge